```
                            United States Bankruptcy Court
                             Eastern District of New York
```

In re:                                                              Case No. 15-43970-ess
Lawrence J Ukryn                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1          User: admin             Page 1 of 1              Date Rcvd: Dec 03, 2015
                              Form ID: 318DF7         Total Noticed: 23

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2015.
db             +Lawrence J Ukryn,    105 Boerum Place, Apt 4,    Brooklyn, NY 11201-6219
smg            +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
                 Brooklyn, NY 11201-3719
smg            +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
8652324        +FMS,    P O Box 707600,    Tulsa, OK 74170-7600
8652325        +Jzamus, Ltd,    Out Patient Dept,    170 Jerichio Turnpike,    Floral Park, NY 11001-2024
8652326        +Keybank Usa,    4910 Tiedman Road,    Cleveland, OH 44144-2338
8652329        +Midland Funding LLC,    C/O Scott Morris, Esq,    100 Church Street,    New York, NY 10007-2601
8652333        +NYU Faculty Group,    Boston, MA 02241-0001
8652332        +NYU Faculty Group,    Coston, MA 02241-0001
8652334        +NYU Radiology,    P O Box 415662,    Boston, MA 02241-5662
8652335         Richmond Emetgency,    Medical Associates,    Parsippany, NJ 07054
8652336        +Richmond University,    Medical Center,    2 Brighton Road,    Clifon, NJ 07012-1663
8652339        +SUNY Downstate At Lich,    P O Box 5400,    New York, NY 10087-5400
8652337        +Shiel,    63 Flushing Ave, Unit 336,    Brooklyn, NY 11205-1083
8652338        +Society Natl/pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Dec 03 2015 18:12:59
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
8652323        +E-mail/Text: bankruptcy@cavps.com Dec 03 2015 18:13:03     Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
8652327        +EDI: MID8.COM Dec 03 2015 18:13:00      Midland Credit Management,    P O Box 60578,
                 Los Angeles, CA 90060-0578
8652328        +EDI: MID8.COM Dec 03 2015 18:13:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
8652330        +E-mail/Text: electronicbkydocs@nelnet.net Dec 03 2015 18:13:01      Nelnet Lns,    Po Box 1649,
                 Denver, CO 80201-1649
8652331         E-mail/Text: electronicbkydocs@nelnet.net Dec 03 2015 18:13:01      Nelnet, Inc,    P O Box 2970,
                 Omaha, NE 68103-2970
8669226         EDI: RMSC.COM Dec 03 2015 18:13:00      Synchrony Bank,    c/o Recovery Management Systems Corp.,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2015 at the address(es) listed below:
              Kevin B Zazzera    on behalf of Debtor Lawrence J Ukryn kzazz007@yahoo.com
              Lori Lapin Jones    ljones@jonespllc.com, lljones@ecf.epiqsystems.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Lawrence J Ukryn** | Social Security number or ITIN **xxx–xx–2969** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800 | | |
| Case number:   **1–15–43970–ess** | | Chapter:   **7** |

# Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

    Lawrence J Ukryn

**IT IS FURTHER ORDERED**:

- Lori Lapin Jones (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above–named debtor(s) is closed.

**BY THE COURT**

Dated: December 3, 2015

s/ Elizabeth S. Stong
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**